IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-02781-REB-MJW

MONEYGRAM PAYMENT SYSTEMS, INC.,

Plaintiff,

v.

RASHID SULEHRI;
MUHAMMAD KAMRAN;
RASHID SULEHRI and MUHAMMAD KAMRAN d/b/a TANK N TUMMY; and
JAV 3 LLC,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Plaintiff's Motion to Clarify (Docket No. 22) is GRANTED as follows;

- The Scheduling Conference and the Show Cause Hearing set for June 2, 2016 at 10:00 a.m. are VACATED and RE-SET for June 14, 2016 at 11:00 a.m.;

- The proposed scheduling order is DUE on or before June 7, 2016; and

- Pursuant to Fed. R. Civ. P. 4(m), Plaintiff shall serve Defendants on or before June 14, 2016.

Date: March 30, 2016